FILED
JAN 15 2026
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY ______ DEP CLK

# United States District Court
Eastern District of North Carolina
Western Division

**Case No.** ______________
(To be filled out by Clerk's Office only)

Johnny Bowden

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 0717674

-against-

Correctional officer M. Steward
Correctional Sergeant Hobgood
DAC

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

## COMPLAINT

(*Pro Se* Prisoner)

Jury Demand?
☒ Yes
☐ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☐ Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II. PLAINTIFF INFORMATION

Johnny Bowden
Name

0717674
Prisoner ID #

Bertie Correctional institution
Place of Detention

218 Cooper Hill Rd
Institutional Address

Windsor | N.C. | 27983
City | State | Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee ☐ State ☐ Federal
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: M. Steward
Name

Correctional officer
Current Job Title

379 Collins Rd
Current Work Address

Manson | N.C. | 27553
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 2: Sergeant Hobgood
Name

Correctional Sergeant
Current Job Title

379 Collins Rd
Current Work Address

Manson | N.C. | 27553
City | State | Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

**Defendant(s) Continued**

Defendant 3: ______________________________

Name

______________________________

Current Job Title

______________________________

Current Work Address

______________________________

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: ______________________________

Name

______________________________

Current Job Title

______________________________

Current Work Address

______________________________

City State Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V. STATEMENT OF CLAIM

Place(s) of occurrence: In Medical and outside the door of Medical

Date(s) of occurrence: October 22, 2025

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment use of excessive force, Eighth Amendment Failure to protect, First Amendment Freedom of speech, Retaliation

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

Who did what to you?

Each Defendant acted under the color of state law. At all times relevant to this case. On October 22, 2025 2:50 p.m Plaintiff Johnny Bowden was in Medical because Nobody had a hand on me and I Slipped fell down the Stairs, M. Steward Said I had to walk back. I told him my Knee hurt and I Should not have to walk back. M. Steward calls Defendant Serg. Hobgood to help get me back to Restrictive housing. I'm in full body restrains, they started dragging me. I swung my legs in front to stop. While Serg Hobgood Stand their I told them I can walk, that they don't got

to drag me. Defendant M. Steward Said they got to assist me. They continue to drag me, So I pulled away. again While Serg. Hobgood Stand their I said I can walk, that they don't got to drag me. M. Steward Said if I pull away from him again that he was going to run my head into the wall. Again they started dragging me coming out the door to Medical I pulled away. M. Steward had my

What happened to you?

When did it happen to you?

Where did it happen to you?

arm so tight that he still had my arm and pulled me right into the wall head first and then to the ground I Urinated in my pants. I tryed to get up serg. Hobgood put his weight on me and told me not to move. I was not Violating any prison rules and I was not acting disruptively. Defendant M. Steward was retaliating against me because he did not have a hand on me when I slipped fell down the Stairs. Now they dragging me, he talking about they got to assist me. They took me back to Medical. They could not get my vital Signs because of my anixety, So all they did was wipe the blood off my face. Serg. williams and serg Hobgood escorted me back to my cell. on the way we meant Captain wester on the sidewalk. I told him M. Steward ran my head into the wall. Serg. Hobgood told him they had to use excessive force on me. Captain Wester took a picture of my face. I did not say any thing about me urinating in my pants because if they did nothing about the harm what would they care about that. Defendant M. Steward use of excessive force actions was motivated by evil motive that involved reckless and Callous indifference to my rights. "Unassisted" Nobody had a hand on me, I slipped fell down the Stairs. M. Steward Knew I was hurt and in full body restains dragging me through Medical. Showing Maliciously and Sadistically. Continue to drag me, then ran my head into the wall Causing me to Urinate in my pants. It was uncalled-for wanton infliction of pain. Just because M. Steward did not follow proper protocal he want to be mad at me and talk about they got to assist me. Tryin to hurt me worser than I was I'll Never be the same again.

What was your injury?

Defendant Serg. Hobgood directly participated in the violation. They both was dragging me. Everytime I said that I Can Walk, that they don't got to drag me he said nothing. When M. Steward said he would run my head into the Wall Serg Hobgood Ignoring the risk to me. When Serg. Hobgood and M. Steward went to Conspirer against me to write a disciplinary infraction on me. Serg. Hobgood IS Nowhere on paper. But serg. Hobgood did tell Captain Wester they had used excessive force on me. Failure to protect me from harm. I was restained, Compliant and posing no physical threat. Defendant Serg. Hobgood and M. Steward retaliation against my "protect conduct" They Conspired against me to write a disciplinary infraction to offset my grievance to get it rejected. To Stop my first Amendment. The action did not reasonably advance a legitmate Correctional goal. The following Monday they recommended me Demotion to Close Custody 10/27/25, They Came back with finalized on 11/7/25 Almost two weeks Somebody was in their ear because they wanted me demoted. Whoever to demote me. Blurt force to the head Cause me to urinate in my pants. I hit the wall by my temple a little harder I would have been unconscious. Short term memory loss, I can be having a conversation and forget what I was talking about, P.T.S.D, sleep deprivation I fear Somebody might Come in my cell and harm me, anixety, depression, Physically, mentally, Emotionally Scarred. I have dreams and flashback of M. Steward running my head into the wall. I'll Never be the Same again

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint? ☒ Yes ☐ No

If no, explain why not:

Is the grievance process completed? ☒ Yes ☐ No

If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Compensatory damages, Punitive damages, and Injunctive relief

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

If yes, how many? ____________________

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

***Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.***

1/6/26
Dated

Johnny Bowden
Plaintiff's Signature

Johnny Bowden
Printed Name

0717674
Prison Identification # MAiling Address P.O. Box 129 Windsor, N.C. 27983

218 Cooper Hill Rd — Windsor — N.C. — 27983
Prison Address — City — State — Zip Code